# Court of Appeals
# of the State of Georgia

ATLANTA, __September 03, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A2404. EDDIE GENTRY v. DANNY HINES.**

This case originated as an action for damages in magistrate court. Following an adverse ruling, Eddie Gentry appealed the magistrate court's decision to the superior court, which entered a judgment awarding $5,000 to Danny Hines. Gentry then appealed directly to this Court. We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less." See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Second, because the order at issue disposes of a de novo appeal from a magistrate court decision, OCGA § 5-6-35 (a) (1) also required Gentry to follow the discretionary appeal procedures. See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).

Gentry's failure to comply with the discretionary appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*___09/03/2015____
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*